# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROGER DEWITT ORMAN

    Plaintiff,

v.                                              2:05-cv-02072- SHM- tmp

STEVEN R. WYATT and WAL-MART
STORES, INC. ASSOCIATES' HEALTH
AND WELFARE PLAN,

    Defendants.

## CONSENT ORDER GRANTING LEAVE OF COURT
## TO DEPOSIT SETTLEMENT PROCEEDS INTO CLERK'S REGISTRY

The Court, having been advised by counsel for the parties of a compromised settlement agreement between the plaintiff and defendant, and upon motion of Defendant Steven R. Wyatt, pursuant to *Fed. R. Civ. Pro.* 67 seeking leave of court to deposit into the clerk's registry the proceeds of that settlement agreement pending resolution of the claim of Wal-Mart Stores, Inc. Associates' Health and Welfare Plan as to subrogation rights or reimbursement for medical expenses and the extent of that recovery, if any, the Court finds said motion of Defendant Wyatt to be by consent and meritorious.

IT IS, THEREFORE, ORDERED that Defendant Wyatt is granted leave of court to deposit into the registry of the clerk's office the sum of Ninety Thousand Dollars ($90,000.00) to be placed in an interest-bearing account or invested in an interest-bearing instrument approved by the Court, where said funds shall remain until further order of this Court. Upon deposit of said funds into court, Defendant Wyatt is relieved of any

This document entered on the **docket sheet in compliance** with Rule 58 and/or 79(a) FRCP on 4-25-05



further responsibility herein and Defendant Wyatt is dismissed with prejudice from this lawsuit.

THIS, the 21st day of April, 2005.

_____
DISTRICT JUDGE

Approved and Consented to:

_____
REID R. PHILLIPS       (#14145)
Attorney for Defendant
The Hardison Law Firm, P.C.
119 So. Main Street, Suite 300
Memphis, Tennessee  38103
(901) 525-8776


_____
JEFFREY JONES          by RRP
Attorney for Plaintiff     per permission
Law Office of Jeffrey Jones    3-28-05
6471 Stage Road, Suite 201
Bartlett, Tennessee  38134
(901) 386-1207


_____
THOMAS H. LAWRENCE
Attorney for Defendant Wal-Mart
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1717
Memphis, Tennessee  38157



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02072 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Reid R. Phillips
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT