IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 2:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | |
|---|---|
| ROGER DEWITT ORMAN, et al.,      ) | |
| )                                | |
|            Plaintiffs,           ) | |
| )                                | |
| vs.                              ) | Civ. No. 05-2072-Ma/P |
| )                                | |
| STEVEN R. WYATT, et al.,         ) | |
| )                                | |
|            Defendants.           ) | |
| )                                | |

---

SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held June 30, 2005. Present were Jeffrey Jones, counsel for plaintiffs, and Matt Stevens, counsel for defendants.  At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
September 30, 2005

**JOINING PARTIES:** November 1, 2005

**AMENDING PLEADINGS:** November 1, 2005

**INITIAL MOTIONS TO DISMISS:** December 1, 2005

**COMPLETING ALL DISCOVERY:** March 2, 2006

(a) **DOCUMENT PRODUCTION:** March 2, 2006

    **(b)** **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 2, 2006

    **(c)** **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        **(1)** **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: January 2, 2006

        **(2)** **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: February 2, 2006

        **(3)** **EXPERT WITNESS DEPOSITIONS**: March 2, 2006

**FILING DISPOSITIVE MOTIONS**: April 3, 2006

**OTHER RELEVANT MATTERS:**

Defendant shall file the administrative record by September 1, 2005.

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately one (1) day.

This case is not appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 30, 2005
Date

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02072 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Reid R. Phillips
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT