IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROGER DEWITT ORMAN, ET AL.,

    Plaintiffs,

VS.                              NO. 05-2072-MaP

STEVEN R. WYATT, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the July 11, 2005, unopposed motion of defendant Wal Mart Stores, Inc. Associates' Health and Welfare Plan, requesting an extension of time within which to file a response to the plaintiffs' motion to dismiss. For good cause shown, the motion is granted. The defendant shall have additional time to and including July 12, 2005, within which to file a response.

It is so ORDERED this 19 day of July, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02072 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Reid R. Phillips
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Honorable Samuel Mays
US DISTRICT COURT