IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1 PM 5:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROGER DEWITT ORMAN, et al.,           )
                                      )
          Plaintiffs,                 )
                                      )
vs.                                   )   Civ. No. 05-2072-Ma/P
                                      )
STEVEN R. WYATT, et al.,              )
                                      )
          Defendants.                 )
                                      )

ORDER GRANTING DEFENDANT WAL-MART STORES, INC. ASSOCIATES' HEALTH
AND WELFARE PLAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
THE ADMINISTRATIVE RECORD

Before the Court is Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan's Unopposed Motion for Extension of Time to File the Administrative Record, filed August 29, 2005. For good cause shown and no opposition to, the motion is hereby GRANTED. Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, shall have up to and including September 15, 2005, to file the administrative record.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 1, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

32

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02072 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Reid R. Phillips
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Honorable Samuel Mays
US DISTRICT COURT