IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| ROGER DEWITT ORMAN, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civ. No. <u>05-2072-Ma/P</u> |
| STEVEN R. WYATT, et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Before the court is defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan's Unopposed Motion for Extension of Time to File the Administrative Record, filed September 15, 2005. For good cause shown and no opposition thereto, the motion is hereby GRANTED. Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, shall have up to and including September 29, 2005, to file the administrative record.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-16-05__

37

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CV-02072 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Reid R. Phillips
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT